In The United States
District Court For
The State Of Connecticut

Phillip Inkel
George Corey                    3:17CV 1400 VLB

U.S.
State of Connecticut
Governor Daniel Malloy
United States of America
President Donald Trump

Complaint

---

Plaintiffs George Corey and Phillip Inkel hereby allege and sue in Federal Court

That, 1. Both President Trump and Governor Malloy participate and engage in a plan to obstruct justice —

(1 of 7)

in the Federal Courts.

Plaintiffs Corey and Inkel have attempted and sued in federal court to Remedy unlawfull gouernmetal conduct which has Subjected Plaintiffs Corey and Nkel to deprivations of their Constitutional Rights

1. Their Rights ~~too~~ 2 to

A. Access to Courts
B. Equal protections under the law
C. Live Free and Raise a family.

The defendants have caused condoned and authorized and continue to cause

2. of 7.

The violations and crimes enumerated in this complaint by allowing persons on their behalf to engage in practices and patterns of unlawful governmental conduct which has subjected and continues to subject the plaintiffs to deprivations of their federally protected and constitutionally protected rights. Said defendants have accomplished these effects by failing to monitor, discipline, train, and control persons on their behalf to comply with the laws and constitution of the United States.

3 of 7

1. Defendants have caused, both plaintiffs to be denied equal protections under the laws of the United States and the State of Connecticut.

2. Defendants have caused the plaintiffs to be subject to False Arrest and malicious Prosecutions; and continue to do so.

This complaint is not complete and will continue.

By: This complaint is brought under 42 U.S.C. Section 1983, 1985, The United States Constitution. and the Connecticut State Constitution —

4 of 7

1. Facts of many

Both GEORGE COREY and Phillip Inkel have filed suit in the United States District Court to remedy state sponsored injustices inflicted upon them.

2. Both Corey and Inkel have been obstructed in federal and state court from presenting their cases and exposing unlawful governmental conduct and gaining relief.

3. Both Corey and Inkel seek an injunction restraining and enjoining President Trump and Governor Malloy from continuing to obstruct justices and restricting

5. of 7

Plaintiffs Inkel and Corey from litigating in Federal and State of Connecticut Courts.

1. Facts. Both defendants Trump and Malloy have caused persons on their behalf to obstruct justice by allowing, authorizing, causing and impliedly authorizing persons working on their behalf to violate ~~federal~~ Federal, State of Connecticut, and Constitutional law! Which deprives plaintiffs Inkel and Corey of their constitutional rights.

Therefore in the best interest of justice we pray that the court award an injuction restraining both president Trump and Governor malloy from continuing to engage in practices and patterns of allowing them persons working on them behalf from engaging in unlawfull governmental conduct which subjects the plaintiffs to deprivations of their constitutional rights.

By Phillip H finkel

*[signature]*
8-17 2017

By George H. Corey
*George Corey* 8/17/17

30 Ackley Cemitery Road
Colchester, Connecticut
06915

7 of 7